1  Michael W. Zimmerman (#027442)
   mz@berryriddell.com
2  Jeffrey D. Gross (#011510)
   jg@berryriddell.com
3  **BERRY RIDDELL LLC**
4  6750 East Camelback Road, Suite 100
   Scottsdale, Arizona 85251
5  (480) 385-2727
6  (480) 385-2757 Fax
   *Attorneys for Plaintiff FUGA, LLC*

7

**UNITED STATES DISTRICT COURT**

8

**IN AND FOR THE DISTRICT OF ARIZONA**

9

| | |
|---|---|
| 10  FUGA, LLC, a Nevada limited liability company; | Case No. |
| 11         Plaintiff, | |
|     v. | |
| 12 | |
| 13  HAVASU PENTHOUSE C1, LLC, an Arizona limited liability company; | |
| 14  RIVIERA PENTHOUSES, LLC, an Indiana limited liability company; BRAVADA | |
| 15  YACHTS, LLC, an Arizona limited liability company; THE ATLATL GROUP, LLC an | **COMPLAINT** |
| 16  Arizona limited liability company; AARON | |
| 17  BROWNING and JANE DOE BROWNING, a married couple; ROBERT | |
| 18  GUTIERREZ, and MARTHA GUTIERREZ aka MIA GUTIERREZ, a | |
| 19  married couple; JOHN DOES and JANE DOES 1-10; ABC CORPORATIONS I-X; | |
| 20  XYZ PARTNERSHIPS I-X; | |
| 21 | |
| 22       Defendants. | |

23

     FUGA, LLC ("**Plaintiff**" or "**FUGA**"), by and through undersigned counsel, for

24

its Complaint, asserts as follows:

25

1

**INTRODUCTION**

This case is about a fraud scheme perpetrated by Defendants Havasu Penthouse C1, LLC ("**HPC1**"), an Arizona limited liability company, Riviera Penthouses, LLC ("**Riviera**"), an Indiana limited liability company, The ATLATL Group, LLC ("**ATLATL**"), an Arizona limited liability company, Bravada Yachts, LLC ("**Bravada**"), an Arizona limited liability company, Aaron Browning and Jane Doe Browning, a married couple ("**Browning**"), and Robert Gutierrez and Martha Gutierrez aka Mia Gutierrez, a married couple ("**Gutierrez**" and together with HCP1, Riviera, ATLATL, and Browning, the "**Defendants**"), that defrauded FUGA out of $1,900,000.

Defendant promised FUGA that in exchange for $1,900,000, Rivieria would assign and transfer all 1,000 units of HPC1 to FUGA and deliver a "2023 Riviera Penthouse Model C Vessel" ("**Vessel**")," an eight bedroom and two bathroom luxury boat, to FUGA at the Havasu Rivieria Marina (the "**Marina**") on or before November 1, 2023. When FUGA was fraudulently induced to pay Riviera nearly $2 Million, Defendants failed to disclose that Riviera's member, Defendant Gutierrez, Riviera's affiliates, Defendants Bravada, Browning, and others, were already named defendants in many lawsuits alleging breach of contract regarding yacht construction, breaches of fiduciary duty, fraud, and making false representations to customers and investors like FUGA.

FUGA paid Riviera $1,900,000 for sole ownership of HPC1, which was to be the sole owner of the Vessel, but Defendants never assigned or transferred ownership or control of HPC1, never produced the Vessel, and refused to return FUGA's money.

**PARTIES**

1.     Plaintiff, FUGA, LLC, is a Nevada limited liability company. Its manager resides in Nevada.

2.     Defendant Havasu Penthouse C1, LLC ("**HPC1**") is an Arizona limited liability company. According to the Purchase Agreement, HPC1 contracted to buy the

1  Vessel, which was purportedly "next in line to be built by the manufacturer and will be
2  completed and delivered" to the Marina no later than November 1, 2023.

3       3.      Defendant Riviera Penthouses, LLC ("**Riviera**") is an Indiana limited
4  liability company doing business in Arizona. Riveria is listed as the seller in the
5  "Membership Interest Purchase Agreement" dated November 11, 2022 (the "**Purchase**
6  **Agreement**"), that promised to sell all 1,000 shares of HPC1 to Plaintiff.

7       4.      Riveria also does business as Bravada Yachts, LLC ("**Bravada**"), an
8  Arizona limited liability company doing business in Arizona.

9       5.      Bravada also does business as The ATLATL Group, LLC ("**ATLATL**"),
10 an Arizona limited liability company doing business in Arizona.

11      6.      Robert Gutierrez is listed as a member and manager of HPC1, ATLATL,
12 and Bravada on the State of Arizona's Corporation Commission website. Robert
13 Gutierrez also held an interest in Riviera.

14      7.      Defendant Robert Gutierrez is believed to be married to Martha Gutierrez
15 aka Mia Gutierrez (taken together, "**Gutierrez**"), and the acts pled herein were taken
16 for the benefit of their marital community and such marital community is liable.

17      8.      Upon information and belief, Gutierrez resides in the State of Arizona.

18      9.      Defendant Aaron Browning ("**Browning**") is listed as a member and
19 manager of ATLATL and Bravada on the State of Arizona's Corporation Commission
20 website. Upon information and belief, Aaron Browning holds an interest in HPC1 and
21 held an interest in Riviera during the relevant time period.

22      10.     To the extent that Browning is married, Jane Doe Browning is named
23 herein and the acts pled herein were taken for the benefit of his marital community and
24 any such marital community is liable.

25      11.     Upon information and belief, Browning resides in the State of Arizona.

3

·

12.    In addition to the named defendants, there may be persons/entities who have or may claim some interest in this case, whose names are presently unknown. They are made parties to this Complaint action under the designation JOHN DOES I-X, JANE DOES I-X; ABC PARTNERSHIPS I-X; and XYZ CORPORATION OR OTHER ENTITIES I-X. Plaintiff requests leave of the Court to substitute the true names of such additional defendants when their names have been ascertained.

**JURISDICTION AND VENUE**

13.    This Court has diversity jurisdiction under 28 U.S.C. § 1332(a) because Plaintiff is incorporated in Nevada, Defendants HPC1, ATLATL, and Bravada are incorporated in Arizona, Defendant Riveria is incorporated in Indiana and does business in Arizona, Defendants Browning and Gutierrez are citizens of Arizona, and because the amount in controversy exceeds $75,000.

14.    Venue is proper in this Court because a substantial part of the event giving rise to the claims occurred in this district and because the Purchase Agreement provides that the parties are governed by Arizona law and the jurisdiction of this Court.

**GENERAL ALLEGATIONS**

15.    Plaintiff hereby incorporates all the prior allegations of the Complaint.

16.    On or around November 11, 2022, FUGA and Riveria entered into the Purchase Agreement.

17.    A true and correct copy of the Purchase Agreement is attached hereto as Exhibit 1.

18.    The Purchase Agreement provides that Riveria formed HPC1, an Arizona limited liability company with 1,000 membership units (the "**Units**").

19.    The Purchase Agreement promised that HPC1 "has contracted to purchase a 2023 Riveria Penthouse Model C Vessel . . . which has 8 bedrooms and 2

4

1  bathrooms, [and] is next in line to be built by the manufacturer and will be completed
2  and delivered to Havasu Riveria Marina ("Marina") no later than November 1, 2023."

3      20.    The Purchase Agreement promised that Riveria "has secured the rights to
4  sign a 35-year Licensing Agreement and a 35-year Slip Lease Agreement with the
5  Marina...."

6      21.    The Purchase Agreement promised Plaintiff a right of first refusal to a 35-
7  year Licensing Agreement, the 35-year Slip Lease Agreement, a companion boat slip
8  and a golf cart parking slip.

9      22.    Upon information and belief, Defendants misrepresented that they had
10  authorization from the Marina to sell or lease docks or any portion of the Marina.

11      23.    According to the Purchase Agreement: "The Company's [HPC1's] sole
12  purpose is to own and maintain the Vessel, a 6-seater golf cart, 2 kayaks, and 2 standup
13  paddleboards. Seller [Riveria] desires to sell 1,000 Units ("Purchased Units") to
14  [Plaintiff] Buyer."

15      24.    The purchase price for the Units was $1,900,000.00.

16      25.    Defendants Browning and Gutierrez induced Plaintiff's investment by
17  promising Plaintiff that it would receive Vessel, a Marina Licensing Agreement, a Slip
18  Lease Agreement, and a Marina Rental Pool Program Agreement, by which the Marina
19  would rent out his Vessel nightly, weekly, or monthly with 70% of the rental revenues
20  going to Plaintiff.

21      26.    In November 2022, Plaintiff wired Riveria $285,000 a deposit and to
22  "fully reserve Slip #3 at Havasu Riveria Marina's new dock...." *See* Emails attached
23  hereto as Exhibit 2.

24      27.    On November 16, 2022, Plaintiff paid Riviera $1,615,000 via wire which
25  is confirmed on Exhibit 3.

1      28.    On November 16, 2022, Plaintiff paid Riviera $285,000 via wire which
2  is confirmed on Exhibit 4.

3      29.    Upon information and belief, Plaintiff's funds were transferred among
4  Defendants various entities for personal uses, not to construct the Vessel or secure a
5  Marina slip.

6      30.    Under the terms of the Purchase Agreement, HPC1 agreed to design and
7  build the Vessel.

8      31.    Gutierrez and Browning told Plaintiff that Plaintiff would select the
9  interior finishes and interior design of the Vessel.

10     32.    Defendants Browning and Gutierrez directed Plaintiff to the "Havasu
11 Yachts" website, http://www.haveasuyachts.com for additional information regarding
12 specifications of the Vessel and the proposed rental program. A printout of the website
13 is attached as Exhibit 5.

14     33.    Bravada's LinkedIn page claims that "Bravada Yachts manufactures the
15 most innovative and cutting edge houseboats on the planet. We strive to improve our
16 materials, technology, quality, and overall craftsmanship with every new vessel we
17 build." See https://www.linkedin.com/company/bravadayachts/. see Exhibit 6.

18     34.    Browning and Gutierrez told Plaintiff that production of the Vessel was
19 purportedly occurring in a warehouse located at 1987 Troy Road, Washington, Indiana
20 47501.

21     35.    Defendants never built or delivered the Vessel.

22     36.    Gutierrez and Browning invited Plaintiff's members to inspect a boat hull
23 under construction in a warehouse located in Washington, Indiana.

24

25

37.    On or around April 1, 2023, Plaintiff's representatives met with Defendants Browning and Defendants' representatives at 1987 Troy Road, Washington, Indiana, to select interior design elements to the Vessel.

38.    After meeting with Browning and Defendants' representatives in Washington, Indiana, Plaintiff received emails regarding interior design selections from emails bearing the company name "Destinations Yachts."

39.    The interior design session was to occur by "Summer/Fall 2022."

40.    Substantial completion of the Vessel was to occur by November 1, 2023.

41.    On or about July 6, 2023, Plaintiff requested an update from Browning (via text message) who responded that Havasu Riviera's new dock, slip #3 of which was reserved for Plaintiff under the Purchase Agreement, would be complete in or around October or November of 2023.

42.    Browning never provided Plaintiff with an update on the Vessel.

43.    In or around August 2023, Browning contacted Plaintiff telephonically seeking an additional investment and an additional $185,000 purportedly for the construction of the Vessel, citing the need for upgrades to comply with federal regulations.

44.    Plaintiff refused to provide Browning and the other Defendants with additional funds until Defendants provided assurances that the Vessel would be complete by November 1, 2023.

45.    On or about August 9, 2023, Plaintiff again sent a text to Browning asking for the update that had still not been provided.

46.    In or around September 2023, Browning sent pictures of a boat (bearing the name "Destinations Yachts") to Plaintiff, but did not Provide Plaintiff with a delivery date of Plaintiff's Vessel.

47. Plaintiff never delivered the Vessel.

48. Plaintiff retained counsel to assist with recovering the $1,900,000.

49. After retaining counsel, Plaintiff learned that on:

    a.  March 19, 2020, Revenant Entertainment, LLC had filed a Complaint in the United States District Court for the District of Arizona, 2:20-cv-00578-DWL, against Riviera for breach of contract and breach of implied covenant of good faith and fair dealing;

    b.  On May 12, 2020, Young at Heart, LLC had filed a Complaint in the United States District Court for the District of Arizona, 2:20-cv-00918-MTL, against ATLATL, Browning, and Gutierrez for breach of contract, promissory estoppel, breach of implied covenant of good faith and fair dealing, alter ego, fraud, and fraudulent transfers;

    c.  On October 19, 2022, Kinnith Wilkinson had filed a Complaint in the United States District Court for the District of Arizona, 2:22-cv-01795-DLR, against ATLATL, Browning, and Gutierrez, for breach of contract, breach of implied covenant of good faith and fair dealing, fraudulent inducement, alter ego, negligent misrepresentation, and unjust enrichment;

    d.  On or about December 21, 2022, TAC Holdings, LLC had filed a Complaint in the United States District Court for the District of Arizona, 2:22-cv-02150-SPL, against Browning, Gutierrez, and ATLATL, for securities fraud under A.R.S. §§ 44-1801 -2126, common law fraud, negligent misrepresentation, breach of fiduciary duty, breach of contract, unjust enrichment, fraudulent transfer, production of records, and seeking imposition of a constructive trust;

8

e.  On September 11, 2023, the Suzanne H. Steffensen Trust had filed a Complaint in the United States District Court for the District of Arizona, 2:23-cv-1903-JTT, against Browning and Gutierrez for breach of contract, breach of covenant of good faith and fair dealing, unjust enrichment, alter ego, conversion, fraudulent inducement, and securities fraud.

50.  Defendants did not inform Plaintiff about the lawsuits at any point before or after Plaintiff executed the Purchase Agreement.

51.  Had Plaintiff known about the pending lawsuits, it would not have entered into the Purchase Agreement.

52.  On March 14, 2024, Plaintiff demanded that Defendants immediately return Plaintiff's $1,900,000 of payments.

53.  Defendants did not respond to Plaintiff's demand and Defendants never returned any portion of the Plaintiff's $1,900,000.

## COUNT I
### (Breach of Contract – Riveria, HPC1, Bravada, Browning, Gutierrrez)

54.  Plaintiff incorporates the previous allegations of the Complaint as if fully set forth herein.

55.  The Purchase Agreement constitutes a valid and enforceable contract.

56.  Plaintiff performed its obligations and paid $1,900,000 for the Units, the Vessel, and other items included in the Purchase Agreement.

57.  Defendants Browning and Gutierrez, acting on behalf of themselves and HPC1, Riveria, and Bravada, also contracted with Plaintiff for additional Marina slip and specified boating equipment, for which Defendants accepted payment but never delivered.

58.     Defendants breached the Purchase Agreement and their promises by failing to deliver the Units, the Vessel, and all other deliverables without excuse.

59.     As a direct and proximate cause of Defendants' breaches of contract, Plaintiff has been damaged in an amount to be determined at trial, but in no event less than $1,900,000 plus attorneys' fees, and court costs permitted by A.R.S. §§ 12-341 and 12-341.01.

## COUNT II
### (Breach of Covenant of Good Faith and Fair Dealing – All Defendants)

60.     Plaintiff incorporates the previous allegations of the Complaint as if fully set forth herein.

61.     The Purchase Agreement contains an implied covenant that the parties would deal with each other in good faith and fairly.

62.     At all times, Plaintiff fulfilled its obligations under the Purchase Agreement and the promises made by Defendants regarding the Units, the Vessel, the Marina slip, and other items listed in the Purchase Agreement.

63.     The previously described actions taken by Defendants for or on behalf of Riveria represent multiple breaches of the covenant of good faith and fair dealing.

64.     Defendants Bravada, ATLATL, Browning, and Gutierrez misled Plaintiff and never delivered the Vessel or any items promised in the Purchase Agreement and used Plaintiff's funds for items unrelated to Plaintiff's Vessel and Riveria's business.

65.     Defendant's breaches of the covenant of good faith and fair dealing have damaged Plaintiff in an amount to be proven at trial, but no less than $1,900,000.

## COUNT III
### (Unjust Enrichment – All Defendants)

66.     Plaintiff incorporates the previous allegations of the Complaint as if fully set forth herein.

67.    Plaintiff conferred a benefit upon Defendants when it paid $1,900,000.

68.    The benefit Defendants knowingly received was at Plaintiff's expense.

69.    Upon information and belief, Defendants used the money paid by Plaintiff to settle other lawsuits that were filed against the Defendants for their scheme, and to personally benefit Defendants and their principals.

70.    Under the circumstances, it would be unjust to allow Defendants to retain the funds Plaintiff paid, or personally benefit from the settlement of similar schemes, when Defendants never performed any work and failed to deliver the Units, the Vessel, and all other items required by the Purchase Agreement.

71.    Plaintiff has been damaged by Defendants' unjust enrichment in an amount to be determined at trial, but not less than $1,900,000.

72.    Since this matter arises out of contract, Plaintiff is entitled to recover its attorneys' fees and costs under A.R.S. §§ 12-341 and 12-341.01.

## COUNT IV
### (Alter Ego – All Defendants)

73.    Plaintiff incorporates the previous allegations of the Complaint as if fully set forth herein.

74.    Upon information and belief, HPC1, Riveria, Bravada, and ATLATL are and have been thinly capitalized throughout the course of their operations, including when Plaintiff entered into the Purchase Agreement for the Units and the Vessel.

75.    Browning and Gutierrez are the common owners and managers of HPC1, Riveria, Bravada, and ATLATL.

76.    On information and belief, HPC1, Riveria, Bravada, and ATLATL failed to observe the formalities required of a limited liability company under Arizona law.

11

77.    On information and belief, HPC1, Riveria, Bravada, and ATLATL have paid draws or have siphoned company funds or otherwise intermingled its corporate assets with the personal funds of Browning, Gutierrez.

78.    Upon information and belief, Defendants used the money paid by Plaintiff to settle other lawsuits filed against the Defendants.

79.    Permitting Defendants to receive a $1,900,000 benefit at Plaintiff's expense without delivering on any of Defendants' promises is an injustice.

## COUNT V
### (Intentional (Actual) Fraudulent Transfers – All Defendants)

80.    Plaintiff incorporates the previous allegations of the Complaint as if fully set forth herein.

81.    On information and belief, Defendants made one or more transfers of assets from Riviera and HPC1 to the controlling insider members, Browning, Gutierrez, or other entities under their control, for the Defendants' benefit (each transfer is individually referred to as a "**Transfer**" and collectively the "**Transfers**") and not for reasonably equivalent value.

82.    On information and belief, the Transfers were made with the intent to hinder, delay, or defraud Plaintiff or another creditor of Defendants, not limited to those creditors that filed lawsuits against the Defendants before and after Plaintiff paid Defendants $1,900,000.

83.    Accordingly, the Transfers are fraudulent under A.R.S. § 44-1004 and Plaintiff is entitled to the remedies set forth in A.R.S. § 44-1007, including avoiding the Transfers to satisfy Defendants' liability to Plaintiff.

/ / /

## COUNT VI
### (Constructive Fraudulent Transfers– All Defendants)

84.     Plaintiff incorporates the previous allegations of the Complaint as if fully set forth herein.

85.     On information and belief, Riviera has made one or more Transfers of assets, including Plaintiff's $1,900,000 from Riviera to any of the other Defendants.

86.     On information and belief, Riviera did not receive equivalent value in exchange for the Transfers and Riviera was insolvent at the time, or became insolvent as a result, of the Transfers.

87.     On information and belief, at the time of the Transfers, Riviera either intended to incur, or believed or reasonably should have believed, that it would incur, debts beyond its ability to pay as they came due, particularly given the pending lawsuits against Riveria, its principals Browning and Gutierrez, and other Defendants.

88.     Accordingly, the Transfers are fraudulent under A.R.S. §§ 44-1004 & 1005 and Plaintiff is entitled to the remedies set forth in A.R.S. § 44-1007, including avoidance of the Transfer(s) necessary to satisfy Riviera's liability to Plaintiff.

## COUNT VIII
### (Fraudulent Inducement – Riviera, Browning, and Gutierrez)

89.     Plaintiff incorporates the previous allegations of the Complaint as if fully set forth herein.

90.     The amounts Plaintiff paid to Riviera were intended to be held in trust for the purpose of funding construction of the Vessel and for a Marina slip for Plaintiff's benefit.

91.     Browning and Gutierrez, on behalf of all of the Defendants, induced Plaintiff to make the payment by representing that Plaintiff's money would be used to purchase materials necessary to construct the Vessel.

92.     The representations made by Browing and Gutierrez were knowingly false.

93.     The false representations of Browing and Gutierrez were material and made for the purpose of inducing Plaintiff to pay $1,900,000 and potentially more funds in the future.

94.     Plaintiff reasonably relied on the representations and paid Defendants $1,900,000 believing that the funds would be used to construct the Vessel for Plaintiff.

95.     On information and belief, despite the representations, Browning and Gutierrez used Plaintiff's $1,900,000 to pay off Defendants' other liabilities and/or the personal liabilities of Browing and Gutierrez instead of purchasing materials to construct the Vessel.

96.     As a result of the fraudulent representations, Plaintiff has been damaged in an amount to be determined at trial, but it no event less than $1,900,000.

97.     In making false representations, Browning and Gutierrez were acting on behalf of all Defendants, which are jointly and severally liable for Plaintiff's damages.

### COUNT IX
**(Securities Fraud – HPC1, Riviera, Browning, and Gutierrez)**

98.     Plaintiff incorporates the previous allegations of the Complaint as if fully set forth herein.

99.     Pursuant to the Purchase Agreement, Riviera agreed to sell the Units of HPC1 to Plaintiff and Defendants fraudulently represented that HPC1 would own the Vessel, a Marina slip, and other items identified in the Purchase Agreement, which would purportedly generate rental revenues for Plaintiff.

100.    Plaintiff purchased the Units from Riviera for $1,900,000.

14

1    101.   On information and belief, Defendants Browning and Gutierrez, acting as

2    agents of Riviera, made false and material statements to Plaintiff regarding the Units,

3    the Vessel, the Marina slip, and other items required by the Purchase Agreement.

4    102.   On information and belief, Browning and Gutierrez, used the "Havasu

5    Yachts" website and the warehouse located in Washington, Indiana to induce Plaintiff

6    into purchasing the Units and the Vessel.

7    103.   Browning and Gutierrez, used various company names and email

8    addresses, including from other names Defendants, to defraud Plaintiff.

9    104.   Browning and Gutierrez, acted as salesmen to induce the fraudulent sale

10   of the Units and Vessel and are jointly and severally liable to Plaintiff under A.R.S. §

11   44-2003.

12   105.   Other lawsuits naming the Defendants recount the same scheme

13   perpetrated by Brown and Gutierrez against other victims.

14   106.   Accordingly, the sale of the Units is fraudulent under A.R.S. § 44-1991

15   & 1005 and Plaintiff is entitled to the remedies set forth in A.R.S. § 44-2001, including

16   voiding the sale of the Units to the extent necessary to satisfy Defendant's liability to

17   Plaintiff.

18                          **PRAYER FOR RELIEF**

19        **WHEREFORE**, Plaintiff respectfully requests judgment in its favor and against

20   Defendants as follows:

21        A.   For an award of damages in the amount of $1,900,000;

22        B.   For interest on the judgment at the statutory rate from the entry of

23             judgment, until paid;

24        C.   For prejudgment interest in the maximum amount permitted by

25             law;

D.   For Plaintiff's reasonable attorneys' fees and taxable costs plus interest permitted at the maximum statutory rate from the date of entry of judgment, until paid;

E.   Avoidance of the Transfers; and

F.   For such other and further relief that the Court deems appropriate.

## JURY DEMAND

Plaintiff requests a jury for all triable issues.

DATED this 25th day of April, 2025.

**BERRY RIDDELL LLC**

Michael W. Zimmerman
Jeffrey D. Gross
6750 E. Camelback Road, Suite 100
Scottsdale, AZ  85251
*Attorneys for Plaintiff FUGA, LLC*

EXHIBIT   1

DocuSign Envelope ID: 96E7DC61-73C7-4C99-8490-81889C86162A

## Membership Interest Purchase Agreement

This Membership Interest Purchase Agreement **("Agreement")** is made, entered into and shall be effective as of November 11th, 2022 **("Effective Date")**, by and between: Riviera Penthouses, LLC, an Indiana limited liability company **("Seller")**, and Havasu, a series of FUGA, LLC **("Buyer")**, whose address is: 5720 Turkey Ln., Las Vegas, NV 89131. The Buyer and Seller are each referred to in this Agreement as a "Party" and collectively as the "Parties."

### *Background*

Seller formed Havasu Penthouse C1, LLC **("Company")** and Seller owns the original 1,000 membership units **("Units")** in the Company, which represents the entire amount of outstanding and issued equity interests in and to the Company. The Company has contracted to purchase a 2023 Riviera Penthouse Model C Vessel **("Vessel")**, which has 8 bedrooms and 2 bathrooms, is next in line to be built by the manufacturer and will be completed and delivered to Havasu Riviera Marina **("Marina")** no later than November 1st, 2023. If the boat is delivered after November 1st, 2023, Seller will pay Buyer a penalty of 6% per annum of the total purchase price until its delivery. The Seller has secured the rights to sign a 35-year Licensing Agreement and a 35-year Slip Lease Agreement with the Marina for all 15 incoming Vessels. Seller gives Buyer the right of first refusal to sign the Licensing Agreement and Slip Lease Agreements for Vessel Slip #3 (60'x19'), its parallel companion boat slip (45'x12'), and its golf cart parking slip (15'x12') which is the last Vessel slip on the left side (sunset side) at the end of the new dock. Licensing Fee for all three slips is a one-time fee of $50,000 ($15,000 for the boat slip and golf cart slip, and $35,000 for the Vessel slip). Annual slip fees for all three slips for the initial year are $50,220 ($19,440 for the boat slip and golf cart slip, and $30,780 for the Vessel slip). The Company's sole purpose is to own and maintain the Vessel, a 6-seater golf cart, 2 kayaks, and 2 standup paddleboards. Seller desires to sell 1,000 Units **("Purchased Units")** to Buyer.

On the terms and subject to the conditions set forth in this Agreement, Buyer desires to purchase and acquire the Purchased Units from Seller, and Seller desires to sell and assign the Purchased Units to Buyer.

### *Agreement*

Purchase & Assignment. Subject only to the other terms and conditions contained in this Agreement, and in consideration of the payments by Buyer to Seller described in the section below, and for other good and valuable consideration, the delivery and receipt of which is mutually acknowledged, Seller hereby sells, assigns, and transfers to Buyer, and Buyer purchases, acquires, accepts, and consents to the assignment of the Purchased Units in the Company.

Purchase Price. The purchase price for the Purchased Units shall be $1,900,000 **("Purchase Price")**, which Buyer agrees to pay as follows:

**Purchase Price:  $ 1,900,000**

Payment #1:   $ 1,900,000   is due upon signing this Agreement

Sales Tax. Sales tax will be assessed upon completion of the Vessel and will be due upon delivery of the Vessel to Lake Havasu Riviera Marina. Standard Arizona sales or use tax rates may apply.

Closing. The purchase of the Purchased Units shall take place at a closing held by payment of the Final Payment, Sales Tax and the exchange of documents by mail or electronic delivery services on the Closing Date (the "Closing"). The Closing shall be effective as of the close of business on the Closing Date.

Conditions to Closing: Consummation of the Closing is conditioned upon, among other customary matters:

Payment. Payment #1 to Seller.

Assignment. The Parties agree that assignment of the Purchased Units shall be effective upon payment of the Purchase Price.

Third-Party Agreements. Seller shall deliver to Buyer certain documents, including, without limitation a Marina License Agreement, Slip Lease Agreement, and Marina Rental Pool Program Agreement.

Buyer may choose to participate in the "Marina Rental Pool Program." Under this program, Buyer will determine and have full control of the rental calendar for the Vessel. Based on the availability determined by the Buyer, the Marina will rent out the Vessel nightly, weekly, or monthly. The Marina will handle all the marketing, the transactions, the cleaning, and professional management of the Vessel. There will be a 70/30 split of revenues. The Buyer gets 70% and the Marina gets 30% for handling everything listed above.

Seller's Representations. Seller represents and warrants to Buyer on the Effective Date and on the Closing Date that: (i) Seller has all the requisite power, authority, and capacity to enter into, and to perform under the terms of, this Agreement; (ii) the execution, delivery, and performance of this Agreement by Seller has been duly and validly authorized; (iii) the Purchased Units are being transferred to Buyer free and clear of all claims, liens, charges, encumbrances and restrictions; (iv) Upon payment of the Purchase Price, Seller shall be the owner, beneficially and of record, of the Purchased Units; and (v) Seller has no actual knowledge of any claim, event or situation that would materially and adversely impact the Company's business or the value of the Purchased Units. Except as set forth in this Agreement, including an ancillary documents made a part hereof, Seller is making no other representations to Buyer, and Buyer is not relying on any other representations of Seller in connection with the purchase and sale of the Purchased Units.

Buyer's Representations. Buyer represents and warrants to Seller that: (i) Buyer has all the requisite power, authority, and capacity to enter into, and to perform under the terms of, this Agreement; (ii) the execution, delivery and performance of this Agreement by Buyer has been

duly and validly authorized; and (iii) this Agreement constitutes the valid and binding legal obligation of Buyer, enforceable in accordance with its terms.

Buyer Acknowledgement. Buyer acknowledges and understands that: (i) with the exception of adding a golf cart, the sole asset of the Company is the Vessel and that the sole purpose of the Company is the ownership and management of the Vessel for the personal use by the Member(s); (ii) the Company has no other purpose or business operations and will not make a profit; (iii) the Vessel is a depreciating asset; consequently, the value of the Purchased Units may decrease over time; (iv) as a Member of the Company, Buyer will have the right to use the Vessel subject to the terms and conditions set forth herein and in supplemental rules and regulations prepared and provided by the Company; (v) the Buyer has had access to all information concerning the Company and the Vessel and has reviewed all the information that Buyer desires to review and requires no further information; and (vi) the Seller has no control over any governing body or authority that may have authority, which could limit the launch of boats and/or vessels. Buyer understands these risks and hereby agrees to assume such risk and shall not hold Seller or the Company liable for any such actions taken by any other authorized officials or other third-parties.

Company Consents & Agreements. The Company hereby consents to the transfer of the Purchased Units contemplated by this Agreement and, as of the Closing Date (and except as otherwise expressly provided in this Agreement), unconditionally and irrevocably releases Seller from any and all liability relating to the Purchased Units that would otherwise arise after the Closing Date.

Further Acts & Consents. After the Effective Date, Seller shall, without further consideration, but at the sole expense of Buyer, execute and deliver any additional documents or instruments and perform any acts which may become reasonably necessary to effectuate and carry out the purposes of this Agreement.

Default; Remedies. Upon the occurrence of any default or breach under this Agreement, and upon the applicable Party's failure to timely cure such default or breach within ten (10) days following written notice thereof, the non-defaulting Party shall have all rights and remedies available to it under this Agreement, at law or in equity. The rights and remedies conferred herein are cumulative and not exclusive of any other rights and remedies and shall be in addition to every other right, power and remedy specifically granted in this Agreement, in the other agreements or existing at law, in equity or by statute. No delay or omission in the exercise of any such right shall impair any such right, power or remedy or be construed to be a waiver thereof or of any default or to be an acquiescence therein.

Indemnification. Each Party agrees to indemnify, defend, and hold harmless the other Party for, from and against any and all loss, liability, or damage, of any nature, arising out of or due to a breach of any representation, warranty, or undertaking of such Party contained in this Agreement.

Survival of Representations/Time of Essence. All of the representations, covenants, and warranties set forth in this Agreement shall survive the Closing of this Agreement. Time is of the essence with respect to this Agreement and the covenants hereunder.

Governing Law. The Agreement is governed by, and shall be interpreted according to, the laws of the State of Arizona, without reference to the conflict of laws principles thereof. Each of the parties hereto consents to the jurisdiction of any state or federal court located within Maricopa County, Arizona.

Costs and Attorneys' Fees. If either Party is required to enforce this Agreement in a judicial proceeding, the prevailing party in such proceeding will be entitled to reimbursement of its costs and expenses, including reasonable accounting and legal fees.

Waiver & Amendment. No breach of any provision of this Agreement can be waived unless in writing. Waiver of any breach of any provision of this Agreement shall not be deemed to be a waiver of any other breach of the same or any other provision of this Agreement. This Agreement may be amended only by a written agreement executed by the parties.

Damages and liability limitations. Notwithstanding anything to the contrary in this agreement, neither seller nor any agent or affiliate of seller will be liable to buyer, any beneficiary of this agreement, or any other person or entity for, or otherwise obligated to pay, (i) any incidental, consequential, indirect, statutory, special or exemplary, treble or other multiple, punitive, or similar damages or amounts, it being the intention of the parties to limit any damages to actual damages suffered by buyer that are a direct result of a breach of this agreement by seller; (ii) any loss that buyer, any beneficiary of this agreement, or any other person or entity may suffer by reason of any services rendered or performance, or services not rendered or not performed, by seller and/or seller's agents or affiliates or other action taken or omitted by seller and/or seller's agents or affiliates if done in good faith and in accordance with the terms of this agreement; (iii) any loss, liability, claim or other obligation arising in whole or in part from buyer's and/or buyer's agents' action or inaction; or (iv) any damages relating to or consisting in whole or in part of lost profits, loss of use, loss of time, inconvenience, lost business opportunities, fines or levies of any kind whatsoever. Notwithstanding anything to the contrary in this agreement, in no event will the aggregate liability of seller and/or seller's agents or affiliates, collectively, to buyer and/or any beneficiary of this agreement, and/or any other person or entity, collectively, exceed the amount paid by buyer to seller pursuant to this agreement and received by seller and not refunded to buyer or otherwise disgorged, reduced by set-off or recoupment or otherwise forfeited or returned by seller. This section shall survive termination, expiration, cancellation or other cessation of this agreement.

Not an Employment or Other Agreement. This Agreement only grants a right to acquire the Purchased Units as described above and is not an employment agreement.

Notices. All notices, requests, consents, claims, demands, waivers and other communications hereunder shall be in writing and shall be deemed to have been given (a) when delivered by hand (with written confirmation of receipt); (b) when received by the addressee if sent by a nationally recognized overnight courier (receipt requested); or (c) on the third day after the date mailed, by certified or registered mail, return receipt requested, postage prepaid. Such communications must be sent to the respective parties at the addresses set forth in the introductory paragraph of this Agreement.

DocuSign Envelope ID: 96E7DC61-73C7-4C99-8490-81889C86162A

Headings. The headings in this Agreement are for reference only and shall not affect the interpretation of this Agreement.

Severability. If any provision of this Agreement is held invalid or unenforceable by any court of competent jurisdiction, the other provisions of this Agreement will remain in full force and effect. Any provision of this Agreement held invalid or unenforceable only in part or degree will remain in full force and effect to the extent not held invalid or unenforceable.

Assignments. No Party may assign any of its rights under this Agreement without the prior, written consent of the other Parties, which will not be unreasonably withheld or conditioned.

Interpretation. No provision of this Agreement will be interpreted in favor of, or against, any of the Parties hereto by reason of the extent to which any such Party or its counsel participated in the drafting thereof or by reason of the extent to which any such provision is inconsistent with any prior draft hereof or thereof.

Entire Agreement. This Agreement constitute the sole and entire agreement of the parties to this Agreement with respect to the subject matter contained herein, and supersede all prior and contemporaneous understandings and agreements, both written and oral, with respect to such subject matter.

Counterparts. This Agreement may be executed in one or more counterparts, each of which will be deemed an original copy of the Agreement and all of which, when taken together, will be deemed to constitute one and the same agreement.

[SIGNATURES ON THE FOLLOWING PAGES]

DocuSign Envelope ID: 96E7DC51-73C7-4C99-8490-81889C86162A

Executed as of the Effective Date, by:

**BUYER:**
**Havasu, a series of FUGA, LLC**

DocuSigned by:

_Jen R D_
D31C3848C50F4C8...

11/11/2022
_____
Jason Dworin – Authorized Signatory                    Date

**SELLER:**
**Riviera Penthouses, LLC**

DocuSigned by:

_Jordan Wayment_
74CA974DD0C6487...

11/14/2022
_____
Jordan Wayment – VP Sales                               Date

6

DocuSign Envelope ID: 28E7002F-FC8F-44A1-A749-2D6BCB0145F1

## Addendum #1

Addendum to Membership Interest Purchase Agreement dated November 11, 2022, between Riviera Penthouses, LLC ("Seller") and Havasu, a series of FUGA, LLC ("Buyer") whose address is 5720 Turkey Ln., Las Vegas, NV 89131.

Whereas Buyer and Seller have discussed upgrading the 2023 Riviera Penthouse Model C Vessel ("Vessel") to a fully functioning lake worthy boat capable of driving 6-8 knots and being able to stay untethered from the marina power, sewer, and water for up to 8 hours at a time. The full list of upgrades is attached below (see Exhibit 1).

Total cost of the upgrades: $220,579.96

Materials costs: $165,579.96

Estimated labor costs: $55,000.00

Therefore, Buyer and Seller have agreed to the following.

1. Seller will pay the costs of labor.
2. Buyer will pay the cost of materials.

Payments

Payment #1: Buyer will pay Seller $165,579.96. Payment #1 is due upon signing of this addendum.

Executed as of the Effective Date, by:

**BUYER - Havasu, a series of FUGA, LLC**

_____

Jason Dworin – Authorized Signatory          Date

**SELLER – Riviera Penthouses, LLC**

_____

Cindy Johnson – Authorized Signatory          Date

Buyer Initials _____

Seller Initials _____

EXHIBIT   2



**From:** Jason Dworin <jdworin@mac.com>
**Date:** November 11, 2022 at 10:23:25 AM PST
**To:** Aaron Browning <aaron@havasupenthouses.com>
**Cc:** Sharon Gorman <docgorm@aol.com>
**Subject: Re: 15% Deposit**

We agree to these conditions And will wire the money first thing Monday. Thank you for your patience.

Jason Dworin

Sent from my iPhone

> On Nov 11, 2022, at 10:13 AM, Aaron Browning <aaron@havasupenthouses.com> wrote:
>
>
> Good afternoon Jason,
>
> As discussed on our call, we will fully reserve Slip #3 at Havasu Riviera Marina's new dock for you and consider it off the market upon a 15% ($270,000) deposit. This deposit will be credited to the total purchase price of the Penthouse. Please wire the funds on Monday. Wiring instructions are attached below.
>
> Reminder: make sure to call me before you initiate the wire transfer to ensure that wiring instructions are accurate.
>
> Thanks again and have a great weekend!
>
> --
> Aaron
> (480) 294-8566
> www.**HavasuPenthouses**.com



## Wiring Instructions

Riviera Penthouses, LLC

1987 Troy Road

Washington, IN 47501

U. S. Bank

P. O. Box 64830

St. Paul, MN 55164-0830

ABA: ██████ 155

Account: ████████ 218

EXHIBIT   3

```
GFX/PAYplus Connect Message Print - Message Inquiry Display Dialog Box

User: ogrove      Bank: Pacific Western    Date: 01/31/25 13:38:51

Message Status: PNRM
Seq Num: 20223200150800     Related Seq Num: 20223200151300
Pay Method: FED Output    Message ID: FTI0811
Date Recvd: 11/16/2022 10:06:34    Value Date: 11/16/2022

Sender:        200,      Receiver:        155
Amount:  $1,615,000.00
Debit info --
     Account:      592  Inst: 18  Br: 5001   Type: D8
     Name:    DUNHAM TRUST COMPANY
     Addr1:   241 RIDGE ST SUITE 100
     Addr2:    RENO NV 89501
     Addr3:
     Addr4:

Credit info --
     Rcvr:        155
     Name:     US BANK, NA
     Addr1:
     Addr2:
     Addr3:
     Addr4:

Advice:            Dept:    9098     Trancode:   BEBDOM
Category:          Linesheet:        Create Template:

Message Text:

     Sndr Info   {1500}30        P
     Msg Type    {1510}1000
     IMAD        {1520}20221116L1LFB49C000468
     Amount      {2000}000161500000
     Sender DI   {3100}     200
     Sndr Ref    {3320}20223200150800*
     Rcvr DI     {3400}    155
     Bus Func    {3600}CTR
     BBK         {4100}F122105155*
                       US BANK*
     BNF         {4200}D145817016218*
                       RIVIERA PENTHOUSE, LLC*
                       1987 TROY RD*
                       WASHINGTON IN 47501*
     ORG         {5000}D90106592*
                       DUNHAM TRUST COMPANY*
                       241 RIDGE ST SUITE 100*
                       RENO NV 89501*
     OBI         {6000}FFC: THE GORMAN BUSINESS TRUST*
```

EXHIBIT   4

GFX/PAYplus Connect Message Print - Message Inquiry Display Dialog Box

User: ogrove    Bank: Pacific Western    Date: 01/31/25 13:39:36

Message Status: PNRM
Seq Num: 20223610234100      Related Seq Num: 20223610234800
Pay Method: FED Output    Message ID: FTI0811
Date Recvd: 12/27/2022 12:45:24    Value Date: 12/27/2022

Sender: ███████200,    Receiver: ██████248
Amount:  $285,000.00
Debit info --
    Account: ████592  Inst: 18  Br: 5001   Type: D8
    Name:    DUNHAM TRUST COMPANY
    Addr1:   241 RIDGE ST SUITE 100
    Addr2:   RENO NV 89501
    Addr3:
    Addr4:

Credit info --
    Rcvr:    ██████248
    Name:    WELLS FARGO BANK, NA
    Addr1:
    Addr2:
    Addr3:
    Addr4:

Advice:            Dept:    9098    Trancode:   BEBDOM
Category:          Linesheet:          Create Template:

Message Text:

    Sndr Info   {1500}30        P
    Msg Type    {1510}1000
    IMAD        {1520}20221227L1LFB49C000774
    Amount      {2000}000028500000
    Sender DI   {3100}████████200
    Sndr Ref    {3320}20223610234100*
    Rcvr DI     {3400}██████248
    Bus Func    {3600}CTR
    BBK         {4100}F121000248*
                     WELLS FARGO BANK, NA*
                     SAN FRANCISCO*
                     CA*
    BNF         {4200}D3788380982*
                     FUGA LLC*
                     6020 CORNERSTONE CT*
                     SAN DIEGO CA 92121*
    ORG         {5000}D90106592*
                     DUNHAM TRUST COMPANY*
                     241 RIDGE ST SUITE 100*
                     RENO NV 89501*

EXHIBIT   5

http://www.havasuyachts.com

HOME    PRICING    YACHTS    OWNERSHIP    MARINA    FAQs    CONTACT





**THE ULTIMATE PLAYCRAFT!**
LAKE HAVASU'S ONLY FLEET OF
**"PLAYABLE & STAYABLE"**
LUXURY MEGA-BOATS

HAVASU RIVIERA MARINA

These Professionally Captained 4-8 Bedroom Yachts are perfect for weekly stays in the Marina and for day and evening cruises, watching fireworks, boat races, PWC events, regattas, and poker runs! You have front row to all the Havasu action!



**http://www.havasuyachts.com**



## HAVASU YACHTS

Inspired by the Stilted Bungalows of Bora Bora, **Havasu Riviera Marina** is home to a one-of-a-kind fleet of 15 "Playable and Stayable" mega-boats, called Havasu Yachts. This stunning new master-planned dock features (15) fifteen Havasu Yachts ranging from 2,520 to 4,180 Total Sq. Ft.

## WHAT DOES "PLAYABLE AND STAYABLE" MEAN?

Havasu Yachts are fully functioning luxury boats that can be used to stay in for up to 14 consecutive nights in the marina slip AND can also be captained for day and evening cruises up and down Lake Havasu!

## HASSLE-FREE ON-WATER STAYING EXPERIENCE

Instead of fighting the crowds launching and retrieving your boat every day and driving to and from the town to the marina, now you can boat all day long and come back to your conveniently located Havasu Yacht. Park your boat and toys in a wet slip next to your Yacht, turn on some tunes, and fire up the BBQ! Whether its a romantic weekend getaway, corporate retreat, or a multi-family week on the water, you have everything you need for a hassle-free on-water Lake Havasu experience.

## HAVASU YACHTS INCLUDE

1. Lifted 6-seater Golf Cart w/ on-water golf cart parking
2. Additional 45' x 12' parallel boat slip for your boat and toys



**http://www.havasuyachts.com**

3. Two (2) Kayaks and two (2) Stand Up Paddleboards (SUPs)
4. 4-8 bedrooms, 2-3 baths, sleeps 8-18 people, full amenities and fully furnished.

## TWO WAYS TO PURCHASE

**100% OWNERSHIP**. These units may be rented out as an investment asset. (call for pricing)
**CO-OWNERSHIP**. Just like buying a boat with a couple friends and splitting the costs, only we curate the group of Partners for you! Available in 10 and 16 Partner groups. (see pricing tab)

## 35 YEAR SLIP LEASE

Unlike most slip leases with a year-to-year term, each unit comes with a 35-year licensing agreement with the Marina. This ensures the Havasu Yachts experience will stay intact the way it was designed for a long, long time.

## MASTER PLANNED DOCK

Havasu Yachts are part of the Havasu Riviera Marina masterplan. Havasu Riviera Marina is currently building (fall 2023 completion) a fully customized dock to moor this fleet. Each unit will have full power and fresh water piped in and grey/black water piped out though the dock.



**http://www.havasuyachts.com**

# 3 MODELS TO CHOOSE FROM

Three unique models ranging from 2,520 - 4,180 Total Sq. Ft.
**Each Model Comes with:** Lifted 6-seater Golf Cart, 2 Kayaks, and 2 Stand-up Paddleboards.

# SPECS, AMENITIES & PRICING

http://www.havasuyachts.com

| MODEL B | MODEL C | MODEL D |
|---|---|---|

**MODEL B**

Total Sq. Ft. - 2,520
4 Bed / 2 Bath
Sleeps 8

**Main Level:**
Fully Stocked Kitchen
TV's in all bedrooms
Washer / Dryer
Quartz Countertops
Luxury Accommodations
Fresh Water & City Power

**Top Level:**
Outdoor Dining for 8
(2) - 65" TVs w/ Lift
Oversized Sofa w/ Ottoman
Wet Bar w/ Bar Seating
(2) - Queen Size Daybeds
Flybridge w/ Daybed
Fire Pit

**Comes with:**
Lifted 6-seater Golf Cart
15' On-dock Golf Cart Parking
45' Adjacent Boat Slip
(2) 2-Seater Kayaks
(2) Stand Up Paddleboards

**PRICING** (Phase 1)

**$129,900** - 16 Partners
3 Weeks Per Year

**$199,900** - 10 Partners

---

**MODEL C**

Total Sq. Ft. - 2,520
8 Bed / 2 Bath
Sleeps 17

**Main Level:**
Fully Stocked Kitchen
TV's in all bedrooms
Washer / Dryer
Quartz Countertops
Luxury Accommodations
Fresh Water & City Power

**Top Level:**
Outdoor Dining for 8
(2) - 65" TVs w/ Lift
Oversized Sofa w/ Ottoman
Wet Bar with Bar Seating
(2) - Queen Size Daybeds
Flybridge w/ Daybed
Fire Pit

**Comes with:**
Lifted 6-seater Golf Cart
15' On-dock Golf Cart Parking
45' Adjacent Boat Slip
(2) 2-Seater Kayaks
(2) Stand Up Paddleboards

**PRICING** (Phase 1)

**$139,900** - 16 Partners
3 Weeks Per Year

**$209,900** - 10 Partners

---

**MODEL D**

Total Sq. Ft. - 4,180
7 Bed / 3 Bath
Sleeps 18

**Main Level:**
Fully Stocked Kitchen
TV's in all bedrooms
Washer / Dryer
Quartz Countertops
Luxury Accommodations
Fresh Water & City Power

**Top Level:**
Outdoor Dining for 10
(2) - 75" TVs w/ Lift
Oversized Sofa w/ Ottoman
Wet Bar with Bar Seating
(2) - King Size Daybeds
Flybridge w/ Daybed
Fire Pit

**Comes with:**
Lifted 6-seater Golf Cart
15' On-dock Golf Cart Parking
60' Adjacent Boat Slip
(2) 2-Seater Kayaks
(2) Stand Up Paddleboards

**PRICING** (Phase 1)

**$349,900** - 10 Partners
5 Weeks Per Year

5 Week Per Year                    5 Weeks Per Year                    **http://www.havasuyachts.com**

---

# FLOOR PLANS

## MODEL B (70')
( Click to Expand )

http://www.havasuyachts.com







MODEL C (70')
( Click to Expand )

http://www.havasuyachts.com







MODEL D (95')
( Click to Expand )

http://www.havasuyachts.com







**\*Once built, each vessel's finishes, trim, layout, furniture and paint color may vary slightly from the renders**

http://www.havasuyachts.com

HOME    PRICING    YACHTS    OWNERSHIP    MARINA    FAQs    CONTACT



# PRICING & FEES

## There are 2 ways to own a Havasu Yacht

### FULL OWNERSHIP
**Rentable**
(Call for Pricing)

### CO-OWNERSHIP
**Non-Rentable**
(Pricing Below)

**http://www.havasuyachts.com**

# CO-OWNERSHIP PRICING

## MODEL
# B
⟹

4 Bed / 2 Bath
2,520 Total Sq. Ft.
Sleeps 8

**$129,900**  -  3 Weeks Per Year  -  16 Partners  -  SIM Fee = $4,000 /yr

**$199,900**  -  5 Weeks Per Year  -  10 Partners  -  SIM Fee = $6,400 /yr

## MODEL
# C
⟹

8 Bed / 2 Bath
2,520 Total Sq. Ft.
Sleeps 17

**$139,900**  -  3 Weeks Per Year  -  16 Partners  -  SIM Fee = $4,000 /yr

**$209,900**  -  5 Weeks Per Year  -  10 Partners  -  SIM Fee = $6,400 /yr

## MODEL
# D
⟹

7 Bed / 3 Bath
4,180 Total Sq. Ft.
Sleeps 18

**$349,900**  -  5 Weeks Per Year  -  10 Partners  -  SIM Fee = $9,000 /yr

**http://www.havasuyachts.com**

Co-ownership pricing is a one time purchase. You own an equal portion of the assets with your Partners and you may sell your ownership at any time. "SIM Fees" are collected annually and cover Slip fees, Insurance, and Maintenance. Partners also pay a cleaning fee each time they use it. This ensures it's professionally cleaned and ready for you and your guests when you arrive. Partners may also hire a licensed Marina Captain for day and evening cruises out on the lake.



## Extended Payment Options Available
### Call to get started



(480) 294-8566

www.**HavasuYachts**.com
Team@**HavasuYachts**.com

http://www.havasuyachts.com

HOME    PRICING    **YACHTS**    OWNERSHIP    MARINA    FAQs    CONTACT



The Ultimate PlayCraft!
Perfect for day / evening cruises

# SPECS, AMENITIES, & PRICING

## MODEL B

**Total Sq. Ft. - 2,520**
4 Bed / 2 Bath
Sleeps 8

**Main Level:**
Fully Stocked Kitchen
TV's in all bedrooms
Washer / Dryer
Quartz Countertops
Luxury Accommodations
Fresh Water & City Power

**Top Level:**
Outdoor Dining for 8
(2) - 65" TVs w/ Lift
Oversized Sofa w/ Ottoman
Wet Bar w/ Bar Seating
(2) - Queen Size Daybeds
Flybridge w/ Daybed
Fire Pit

**Comes with:**
Lifted 6-seater Golf Cart
15' On-dock Golf Cart Parking
45' Adjacent Boat Slip
(2) 2-Seater Kayaks
(2) Stand Up Paddleboards

## MODEL C

**Total Sq. Ft. - 2,520**
8 Bed / 2 Bath
Sleeps 17

**Main Level:**
Fully Stocked Kitchen
TV's in all bedrooms
Washer / Dryer
Quartz Countertops
Luxury Accommodations
Fresh Water & City Power

**Top Level:**
Outdoor Dining for 8
(2) - 65" TVs w/ Lift
Oversized Sofa w/ Ottoman
Wet Bar with Bar Seating
(2) - Queen Size Daybeds
Flybridge w/ Daybed
Fire Pit

**Comes with:**
Lifted 6-seater Golf Cart
15' On-dock Golf Cart Parking
45' Adjacent Boat Slip
(2) 2-Seater Kayaks
(2) Stand Up Paddleboards

## MODEL D

**Total Sq. Ft. - 4,180**
7 Bed / 3 Bath
Sleeps 18

**Main Level:**
Fully Stocked Kitchen
TV's in all bedrooms
Washer / Dryer
Quartz Countertops
Luxury Accommodations
Fresh Water & City Power

**Top Level:**
Outdoor Dining for 12
(2) - 75" TVs w/ Lift
Oversized Sofa w/ Ottoman
Wet Bar with Bar Seating
(2) - King Size Daybeds
Flybridge w/ Daybed
Fire Pit

**Comes with:**
Lifted 6-seater Golf Cart
15' On-dock Golf Cart Parking
45' Adjacent Boat Slip
(2) 2-Seater Kayaks
(2) Stand Up Paddleboards

**PRICING** (Phase 1)

**$129,900** - 3 Weeks Per Year
**$199,900** - 5 Weeks Per Year

**PRICING** (Phase 1)

**$139,900** - 3 Weeks Per Year
**$209,900** - 5 Weeks Per Year

**PRICING** (Phase 1)

**$349,900** - 5 Weeks Per Year

http://www.havasuyachts.com

# FLOOR PLANS

## MODEL B (70')
### Click to Expand







http://www.havasuyachts.com

## MODEL C (70')
### Click to Expand







## MODEL D (95')
Click to Expand

http://www.havasuyachts.com







**\*Once built, each vessel's finishes, trim, layout, furniture and paint color may vary slightly from the renders.**

http://www.havasuyachts.com

HOME     PRICING     YACHTS     OWNERSHIP     MARINA     FAQs     CONTACT



*http://www.havasuyachts.com*

## CO-OWNERSHIP  -  HOW IT WORKS

**NOT A TIMESHARE:**  This is NOT a timeshare; you are an actual owner of the Yacht, the Golf Cart, and all the toys that come with it. We curate the group of Partners that you co-own these assets with. This makes reselling your ownership interest much easier and more profitable than a timeshare. Also, Partners take better care of the assets since they own them.



**USAGE TERMS:**
**"Summer Season"** = May, June, July, August
**"Shoulder Season"** = March, April, September, October
**"Winter Season"** = January, February, November, December

**USAGE:**  Your ownership entitles you to a certain amount of usage each year. The amount of usage is determined by how many partners there are.  For example: 10 Partners = 1/10 of the time or a minimum of 5 weeks of usage each year. Every November Partners host an annual zoom meeting to determine the schedule for the upcoming year. Partners may reserve all their usage days in advance, some in advance, OR the can be flexible and look at the internal calendar throughout the year and book trips as needed. **This works great for all types of families, whether you are planners or more spontaneous!** Partners may trade and reserve time as needed.



**PURCHASE PRICE:**  The purchase price is a one time transaction to acquire fractional ownership of the assets. You own if forever. You may sell your ownership at any time, for any price, and all rights and usage transfers to the new owner.

**http://www.havasuyachts.com**

**ADDITIONAL FEES:**

**1.** Partners pay an annual "SIM" fee. This covers:

- **Slip** fees for the upcoming year
- **Insurance** on the Yacht and Golf Cart
- **Maintenance** this is held in a reserve account to be used when needed.

These proceeds are collected and managed by the Partners and may be internally adjusted from year to year to match needs.

**2.** Cleaning fee. To make your Havasu Yacht stays clean, enjoyable, and hassle-free, when you are finished with your stay there is no need to clean it. Just like a hotel, you can leave and a cleaning crew will clean it so its ready for the next Partner. Cleaning fee will match local market rate (similar to an AirBnB).



**http://www.havasuyachts.com**

HOME        PRICING        YACHTS        OWNERSHIP        **MARINA**        FAQS        CONTACT

# ABOUT THE MARINA



Havasu Riviera Marina is Lake Havasu's newest Marina! Its a concession of Arizona State Parks and provides residents and visitors a ton of lakefront amenities to compliment the active Lake Havasu lifestyle.

The Marina also features a new custom built dock for its 15 vessel fleet of Havasu Yachts, a 6-lane boat launch ramp, full marina services with a large assortment of slip sizes, marina store, fuel dock and future restaurant, dry boat storage, and white sandy beaches with daybeds and cabanas (coming soon).

To Learn more about the marina:
**www.HavasuRivieraMarina.com**

 

**http://www.havasuyachts.com**

# ABOUT THE DEVELOPMENT



**http://www.havasuyachts.com**

Encompassing over **550 acres**, Havasu Riviera is truly a unique opportunity for recreation, education and living. The project includes 280 acres of recreational and educational development by Lake Havasu City; the Havasu Riviera Marina – a waterfront marina and boat launch facility developed by Komick Enterprises through a concession lease with Arizona State Parks; and the Riviera Lake Havasu residential community – a World class residential development, featuring around **600 homes** with unparalleled lake, mountain and desert views.

To Learn more about the development
**www.RivieraLakeHavasu.com**

http://www.havasuyachts.com

 

# ABOUT THE YACHTS



**http://www.havasuyachts.com**

### HAVASU RIVIERA YACHTS

Inspired by the Stilted Bungalows of Bora Bora, **Havasu Riviera Marina** is home to a one-of-a-kind fleet of 15 "Playable and Stayable" mega-boats, called Havasu Yachts. This stunning new master-planned dock features (15) fifteen Havasu Yachts ranging from 2,520 to 4,180 Total Sq. Ft.

### WHAT DOES "PLAYABLE AND STAYABLE" MEAN?

These are fully functioning luxury boats that can be used to stay in for up to 14 consecutive nights in the marina slip AND can also be captained to go out on day and evening cruises!

### HASSLE-FREE ON-WATER STAYING EXPERIENCE

Instead of fighting the crowds launching and retrieving your boat every day and driving to and from the town to the marina, now you can boat all day long and come back to your conveniently located Havasu Yacht. Park your boat and toys in a wet slip, turn on some tunes, and fire up the BBQ! Whether its a romantic weekend getaway, corporate retreat, or a multi-family week on the water, you have everything you need for a hassle-free On-Water Lake Havasu experience.

**http://www.havasuyachts.com**

## HAVASU YACHTS INCLUDE

1. Lifted 6-seater Golf Cart w/ on-water golf cart parking
2. Additional 45' x 12' parallel boat slip for your boat and toys
3. Two (2) Kayaks and two (2) Stand Up Paddleboards (SUPs)
4. 4-8 bedrooms, 2-3 baths, sleeps 8-18 people, full amenities.

## TWO WAYS TO PURCHASE

1. 100% OWNERSHIP. These units may be rented out. (call for pricing)
2. CO-OWNERSHIP. Just like buying a boat with a couple friends and splitting the costs, only we curate the group of Partners for you! Available in 10 and 16 Partner groups. (see pricing tab)

## 35 YEAR SLIP LEASE

Unlike most slip leases with a year-to-year term, each unit comes with a 35-year licensing agreement with the Marina. This ensures the Havasu Yachts experience will stay intact the way it was designed for a long, long time.

## MASTER PLANNED DOCK

Havasu Yachts are part of the Havasu Riviera Marina masterplan. Havasu Riviera Marina is currently building (fall 2023 completion) a fully customized dock to moor the fleet. Each unit will have full power and fresh water piped in and grey/black water piped out though the dock.



**http://www.havasuyachts.com**



# *FAQs*

**Are these stationary?**
These are NOT stationary. While these Yachts ARE used for overnight stays in the Marina, they may ALSO be taken out, when weather permits and as desired, to cruise the lake or anchor up for day and evening excursions. To ensure safety and a stress-free trip, professional Captains will be available for hire.

This is a unique and exciting way to be parked front row and on-the-water for firework shows, boat races, pwc events, regattas, shoot-outs, and poker runs! They're also perfect for holiday weekends, weddings, sandbar chilling, cove tie-ups, corporate retreats, and just entertaining guests with day and evening cruises!

**Are these Real Property?**
These are NOT real estate or real property. They ARE fully functional licensed mega-boats (Yachts) that may be purchased outright and rented out nightly/weekly in the Marina's "Rental Pool Program" OR purchased fractionally (1/10th or 1/16th ownership) for personal use. They may be captained for day and evening excursions, driven around the lake, and anchored at many desirable locations up and down the Colorado river.

**Can you live on these?**
These are NOT "live-aboards". While these Yachts ARE used for you and your guests to stay overnight in the Marina (hooked up to water, power, and sewer), and come with an additional 45' boat slip for all your toys, the maximum stay is 14 consecutive nights.

http://www.havasuyachts.com



(480) 294-8566

www.**HavasuYachts**.com
Team@**HavasuYachts**.com

http://www.havasuyachts.com

HOME     PRICING     YACHTS     OWNERSHIP     MARINA     FAQs     CONTACT

## The best way to reach us is call or text:
## (480) 294-8566

You can also fill out the form below and one of our
team members will contact you shortly.

**Full Name** *

**Email** *

e.g., email@example.com

**Phone** *

**Your message**

Enter text here

Send

**http://www.havasuyachts.com**

(480) 294-8566



www.**HavasuYachts**.com
Team@**HavasuYachts**.com

EXHIBIT   6

4/24/25, 11:52 AM

(25) Bravada Yachts: About | LinkedIn

      

Bravada Yachts

Home    **About**    Posts    Jobs    People

## Bravada Yachts

American Made Luxury Watercraft

Shipbuilding · Tolleson, AZ · 925 followers · 51-200 employees

 Eric & 1 other connection follow this page

Follow    ✈ Message    ···

Home    **About**    Posts    Jobs    People

## Overview

Bravada Yachts manufactures the most innovative and cutting edge houseboats on the planet. We strive to improve our materials, technology, quality, and overall craftsmanship with every new vessel we build.

**Website**
http://www.BravadaYachts.com

**Industry**
Shipbuilding

**Company size**
51-200 employees
40 associated members 

**Headquarters**
Tolleson, AZ

**Founded**
2010

**Specialties**
Boat Building, Lake Yachts, Houseboating, Houseboat, Lake Powell, Yacht, Yachting, Boating, Lake Mead, Lake Cumberland, Utah, Arizona, Wakesurfing, Wakeboarding, Boats, and Boat Design

## Locations (1)

Primary

Bravada Yachts
9310 w. Buckeye Rd , Suite 200, Tolleson, AZ 85353, US

Get directions 🗗



**Bravada Yachts**

Home    **About**    Posts    Jobs    People

About                          Accessibility
Talent Solutions               Professional Community
                               Policies
Careers                        Marketing Solutions
Privacy & Terms ▾              Ad Choices
Advertising                    Sales Solutions
Mobile                         Small Business
Safety Center

❓ **Questions?**
Visit our Help Center

⚙ **Manage your account and privacy**
Go to your Settings.

▦ **Recommendation transparency**
Learn more about Recommended Content

Select Language

English (English)

LinkedIn Corporation © 2025

Promoted •••

**Start A Graduate Degree**
Discover NU's Key Grant Scholarship  Up
to $3,600 annually  Apply Now!

Evan & 1 other connection also
follow National University

**Top-Tier, Timely, $2/Week**
WSJ coverage helps you navigate market
volatility with ease

Kelly J. "KJ" & 121 other
connections also follow The Wall.

## Pages people also viewed

**Destination Yachts**
Maritime Transportation
49 followers

+ Follow

**Designova Creative**
Design Services
236 followers

+ Follow

**Cyber Yachts**
Shipbuilding
407 followers

+ Follow

Show all →

## People also follow



**Maricopa County Bar Association**
Legal Services